**99–1141.   Kagy v. Toledo–Lucas Cty. Port Auth.**

Fulton App. No. 99–FU–10. On motion to dissolve/lift stay granted on June 28, 1999. The motion fails for want of four votes on the following vote:

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., vote no.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., vote yes.

RESNICK, J., not participating.

**99–1405.   Alrjub v. Wheeler.**

Franklin App. No. 98AP–1171. On motion for stay of judgment of the Tenth District Court of Appeals. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**99–1478.   State v. Lehman.**

Hamilton App. No. C–980309. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1482.   State v. Calloway.**

Cuyahoga App. No. 76237. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1485.   State v. Rowser.**

Stark App. No. 1998CA00013. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and COOK, JJ., dissent.

**99–1545.   Dennis v. Morgan.**

Fulton App. No. F–98–025. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Judgment Entry filed July 28, 1999:

"Appellants, Tim and Suzanne Dennis, have filed a motion to certify our decision, *Dennis v. Morgan* (June 30, 1999), Fulton App. No. F–98–025, unreported, which followed our previous decision of *Cubbon v. [Locker]* (1982), 5 Ohio App.3d 200 [5 OBR 462, 450 N.E.2d 697], to the Supreme Court of Ohio as being in conflict with a decision of another Ohio court of appeals, *i.e., Briggs v. MacSwain* [1986], 31 Ohio App.3d 85 [31 OBR 126, 508 N.E.2d 1028].

"We have carefully reviewed *Briggs* and find that it is in conflict with our own as to the issue of whether, absent specific lease provisions imposing liability for continued rent payments, a landlord's election to terminate a lease agreement, releases the tenant from liability for rent not yet due at the time of the eviction."

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

**99–1549.   State v. Prunty.**

Cuyahoga App. No. 50367. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**99–991.   Klosterman Baking Co., Inc. v. Ohio Bur. of Emp. Serv.**

Hamilton App. No. C–980255.

MOYER, C.J., and COOK, J., dissent.

**99–1025.   Triway Local School Dist. Bd. of Edn. v. Geib.**

Wayne App. No. 97CA0077.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.